## THE STATE *vs.* WEARE LEAVITT, jr.

No costs are ever allowed upon a certiorari, whether the proceedings of the court below be quashed or affirmed.

THIS was a writ of certiorari, issued at the instance of *Leavitt*, the respondent, to a justice of the peace in this county, to bring up certain proceedings, had before the said justice, upon the complaint of a clerk of a militia company against *Leavitt*, for neglect of duty, in not mustering with the company.

The court having ordered the proceedings to be quashed, *Walker*, for the respondent, moved the court to allow costs.

*By the court.*—No costs are ever allowed in cases of this kind, whether the proceedings be quashed or affirmed. 11 *Mass. Rep.* 465.—4 *do.* 565.—3 *do.* 268.

*Motion overruled.*